

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Andrew Hough and Bopha Hough,
Appellants

No. 06-24-00029-CV          v.

LPG House Limited Liability Company,
Appellee

Appeal from the 415th District Court of Parker County, Texas (Tr. Ct. No. CV22-0751). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Andrew Hough and Bopha Hough, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 23, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk